UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| RICHARD WAYNE PARKER, ) | |
| ) | |
| Plaintiff, ) | Civil No. 11-176-ART |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, et al., ) | |
| ) | |
| Defendants. ) | |

\*\* \*\* \*\* \*\* \*\*

Consistent with the Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** that:

1. The petition filed pursuant to Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-80, by Richard Wayne Parker against the United States Department of Justice, R. 1, is **DENIED**, and Judgment is **ENTERED** in favor of the defendant. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 26th day of June, 2012.



Signed By:
*Amul R. Thapar*  AT
United States District Judge